IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CELESTE TAYLOR, RICHARD KING, )
RICHARD D. MCWILLIAMS, TIM )
STEVENS, CONSTANCE PARKER, )
WALI JAMAL ABDULLAH, ROBERT )
ALAN ROBERTSON, and PEOPLE )
FOR THE AMERICAN WAY, )
    Plaintiffs, )
     )
     )
  v. )
     ) Civil Action No. 06-481
DAN ONORATO, Allegheny County )
Chief Executive, PEDRO A. )
CORTES, Secretary of the )
Commonwealth, HARRY VANSICKLE, )
Commissioner, Pennsylvania )
Bureau of Legislation, )
Elections, and Commissions, )
THE ALLEGHENY COUNTY BOARD )
OF ELECTIONS, JAMES M. FLYNN )
JR., County Manager for )
Allegheny County, WAN J. KIM, )
Assistant Attorney General, )
ALBERTO GONZALES, Attorney )
General for the United States, )
     )
    Defendants. )

TAYLOR et al v. ONORATO et al                                                                                                                           Doc. 33

**ORDER**

AND NOW, this ___19___ day of April, 2006, in accordance with the April 18th scheduling conference, the Court has reviewed Plaintiffs' First Set of Document Requests, and rules as follows:

    1.    Allegheny County defendants are hereby ordered to respond to Plaintiffs' Document Requests directed to Allegheny County defendants request numbers 6, 20, and 21. Allegheny County defendants need not respond to plaintiffs' remaining

document requests because they are overly broad and unduly burdensome at this stage of the litigation.

2. Commonwealth of Pennsylvania defendants are hereby ordered to respond to Plaintiffs' Document Requests directed to Commonwealth of Pennsylvania defendants request number 1. The Commonwealth defendants need not respond to plaintiffs' remaining document requests because they are overly broad and unduly burdensome at this stage of the litigation.

3. Federal defendants are hereby ordered to respond to Plaintiff's Document Requests directed to Federal defendants request number 4. Federal defendants need not respond to plaintiffs' remaining document requests because they are overly broad and unduly burdensome at this stage of the litigation.

IT IS SO ORDERED.

/s/ [signature], J.

cc: All Counsel of Record