IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CELESTE TAYLOR, RICHARD KING,        )
RICHARD D. McWILLIAMS, TIM           )
STEVENS, CONSTANCE PARKER,           )
WALI JAMAL ABDULLAH, ROBERT          )
ALAN ROBERTSON, and PEOPLE           )
FOR THE AMERICAN WAY,                )
                                     )
          Plaintiffs,                )
                                     )
     v.                              )
                                     ) Civil Action No. 06-481
DAN ONORATO, Allegheny County        )
Chief Executive, PEDRO A.            )
CORTES, Secretary of the             )
Commonwealth, HARRY VANSICKLE,       )
Commissioner, Pennsylvania           )
Bureau of Legislation,               )
Elections, and Commissions,          )
THE ALLEGHENY COUNTY BOARD           )
OF ELECTIONS, JAMES M. FLYNN         )
JR., County Manager for              )
Allegheny County, WAN J. KIM,        )
Assistant Attorney General,          )
ALBERTO GONZALES, Attorney           )
General for the United States,       )
                                     )
          Defendants.                )

TAYLOR et al v. ONORATO et al                                                Doc. 58

PRE-HEARING MEMORANDUM REGARDING TIME LIMITATIONS

Gary L. Lancaster,                                          April 24, 2006
District Judge.

At the Pretrial Conference held on April 18, 2006, the parties advised the court that the preliminary injunction hearing would require 2-3 days testimony. The hearing will begin April 24 at 1:00 p.m. and will conclude at 4:30 on Thursday, April 27, for a total of 14 hours of court time. As such, each side, plaintiffs collectively, and defendants collectively, will each be

permitted 7 hours to present their claims and defenses. The court expects counsel for each side to coordinate with co-counsel to ensure an efficient use of that side's 7 hour time limit. Each side may use their 7 hours in any way they please (opening statement, direct examination, cross examination, rebuttal, closing argument), however, when the 7 hours have expired, that side must rest their case.

      If anyone has any questions about the procedure outlined herein, please contact my Courtroom Deputy, Mr. Michael Palus.

BY THE COURT:

_____, J.

cc:       All Counsel of Record