IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CELESTE TAYLOR, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 06-481 |
| | ) |
| DAN ONORATO | ) JUDGE LANCASTER |
| Allegheny County Chief Executive, et al., | ) |
| | ) |
| Defendants. | ) |

## PROPOSED ORDER

AND NOW this 24 day of April, 2006, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion to Quash Subpoena filed by Defendants Dan Onorato, the Allegheny County Board of Elections and James M. Flynn, Jr. be, and hereby is, GRANTED.

By the Court:

_____ J.

TAYLOR et al v. ONORATO et al                                                        Doc. 63