```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

CELESTE TAYLOR, ET AL.,         )
         Plaintiffs,            )
                                )
     v.                         ) Civil Action No. 06-481
                                )
DAN ONORATO, ET AL.,            )
         Defendants.            )

## ORDER

AND NOW, this 28th day of April, 2006, for the reasons stated in open court, IT IS HEREBY ORDERED that plaintiffs' Motion for Preliminary Injunction [document #2] is DENIED.

BY THE COURT:

_____ J.